UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KENNETH DEEWAYNE LLOYD, Institutional ID No. 02399387,<br><br>Plaintiff,<br><br>v.<br><br>CHIMDI AKWITTI, et al.,<br><br>Defendants. | No. 1:23-CV-00004-H |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Dkt. No. 38. No party objected, and the time to do so has passed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate. As a result, the Court grants Defendants' motion for summary judgment on qualified immunity. Dkt. No. 33.

Thus, Plaintiff's complaint and all remaining claims are dismissed with prejudice. The Court will enter judgment accordingly.

So ordered.

Dated March 11, 2026.

JAMES WESLEY HENDRIX
United States District Judge